Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BRILEY, | ) Case No. 5:16-cv-01531-GHK-DTB |
| Plaintiff, | ) **JOINT STATUS REPORT** |
| vs. | ) HON. GEORGE H. KING |
| NATIONAL CREDIT SYSTEMS, INC., | ) |
| Defendant. | ) |

Plaintiff GABRIELA BRILEY ("Plaintiff") and Defendant NATIONAL CREDIT SYSTEMS INC. ("Defendant") jointly submit this status report in accordance with The Honorable Court's November 28, 2016 Scheduling Conference Order [Dkt. 15].

**DETERMINATION ON THE ATDS ISSUE**

Following the Scheduling Conference on November 28, 2016 and pursuant to the Judge's order, the Parties further discussed and disclosed information relating to the dialer system used by Defendant. The Parties also preliminarily scheduled a site inspection to take place on December 20, 2016. On December

1

16, 2016, Plaintiff conferred with her expert about the system used by Defendant (the 3CX phone system) and its capabilities. While the 3CX has an internal PBX and permits software based calling through a customer relationship management software as well as call queuing, the way in which Defendant has its system configured does not indicate the capability of autodialing necessary for a device to be defined as an ATDS. While it is possible that Defendant does not have the system configured in the represented way, Plaintiff concluded that it would not be worth the time and expense for either side to go through with the site inspection and reached out to Defendant about stipulating to an amendment of the Complaint to remove the Class Allegations.

## AMENDMENT OF COMPLAINT

Following the above discussions, the Parties agreed to stipulate to permit Plaintiff to file a First Amended Complaint removing the Class Action Allegations under the TCPA and for it to proceed as an individual action under the FDCPA and RFDCPA. The Parties have filed that stipulation and proposed order before this Honorable Court. The Parties believe that this process complies with Judge King's order with regards to addressing the viability of the class claims based on the device used.

## AMENDED SCHEDULING REPORT

The Parties are additionally submitting an amended Rule 26f Report given the proposed amendment of the Complaint to remove the Class claims and for the matter to proceed as an individual RFDCPA and FDCPA. As this reduced the complexity of the matter, the Parties advanced the dates by several months. In particular, the Parties propose the following dates in that report:

Fact Discovery Deadline:	May 26, 2017
(If Expert Discovery is Necessary)
Initial Expert Disclosure:	May 26, 2017
Rebuttal Expert Disclosure:	June 9, 2017

2
**JOINT STATUS REPORT**

| | |
|---|---|
| Expert Discovery Cut-Off: | June 23, 2017 |
| ADR Completion Date: | June 9, 2017 |

Dated**:** December 21, 2016			**Law Offices of Todd M. Friedman, P.C.**

						By: /s/ Todd M. Friedman\_\_\_\_
						    Todd M. Friedman, Esq.
						    Adrian R. Bacon, Esq.
						    Attorneys for Plaintiff

Dated**:** December 21, 2016			The Moore Law Group, APC

						 By: /s/ Ramin Mahdavi\_\_\_\_\_
						     Ramin Mahdavi
						     Attorneys for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: December 21, 2016  **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
    Todd M. Friedman, Esq.
    Adrian R. Bacon, Esq.
    Attorneys for Plaintiff

**JOINT STATUS REPORT**

Filed electronically on this 21st day of December, 2016, with:

United States District Court CM/ECF system

Notification sent electronically on this 21st day of December, 2016, to:

Honorable Judge George H. King
United States District Court
Central District of California

And all Counsel of Record on the Electronic Service List.

s/Todd M. Friedman
Todd M. Friedman

**JOINT STATUS REPORT**