JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BRILEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.<br><br>    Defendant. | Case No.: EDCV 16-1531-GW(DTBx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Gabriela Briley's claims against Defendant National Credit Systems, Inc., and this entire action, are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: May 17, 2017             _George H. Wu_

HON. GEORGE H. WU
United States District Judge